DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JESUS MENDOZA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JOSEPH R. HERNANDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-mj-00007-CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION [AND ~~PROPOSED~~ ORDER] |
| v. ) | TO VACATE THE BENCH TRIAL AND SET |
| ) | FOR A CHANGE OF PLEA |
| JOSEPH R. HERNANDEZ., ) | |
| ) | |
| Defendant. ) | Date: April 19, 2012 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Carolyn K. Delaney |

   The United States Attorney through his respective counsel, KATHRYN A. WATSON, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for JOSEPH R. HERNANDEZ, and Certified Student Attorney, JESUS MENDOZA, hereby stipulate to vacate the bench trial set for April 2, 2012 at 9:00am and set for a change of plea.

   The Defendant is charged with Count One 18 U.S.C. § 13 and C.V.C. § 14601.1(a)- Driving When Privilege Suspended, a class B misdemeanor. The Defendant is also charged with Count Two 18 U.S.C. § 13 and C.V.C. § 12500(a)- Driving Without a Valid License, a class B misdemeanor.

The Defendant requests additional time so that he may secure the day off of work to attend the hearing.

Accordingly, the parties jointly request that the bench trial be vacated and a change of plea hearing be scheduled for April 19, 2012 at 9:00am before Magistrate Judge Carolyn K. Delaney.

Dated: March 29, 2012                    Respectfully submitted,


                                         DANIEL BRODERICK
                                         Federal Defender


                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Assistant Federal Defender
                                         Attorney for JOSEPH R. HERNANDEZ.

                                         /s/ Jesus Mendoza
                                         JESUS MENDOZA
                                         Certified Student Attorney

Dated: March 29, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Kathryn A. Watson
                                         KATHRYN A. WATSON
                                         Special Assistant U.S. Attorney


                                O R D E R

**IT IS SO ORDERED.**


Dated: March 30, 2012

                                         _____
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE